

# COURT OF APPEALS

**SECOND DISTRICT OF TEXAS**
**FORT WORTH**

## NO. 02-12-00323-CV

---

BRENDA PARRAMORE DAVIS                                    APPELLANT

V.

US BANK NATIONAL                                          APPELLEE
ASSOCIATION, AS TRUSTEE FOR
SASCO MORTGAGE LOAN TRUST
2005-RF3

----------

FROM COUNTY COURT AT LAW NO. 1 OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1]

----------

On August 6, 2012, Appellant filed a notice of appeal, attempting to appeal an order that was signed on June 6, 2012. No post-judgment motion was filed to extend the appellate deadline, so the notice of appeal was due July 6, 2012. *See* Tex. R. App. P. 26.1(a). On August 22, 2012, we sent Appellant a letter notifying

---

[1]*See* Tex. R. App. P. 47.4.

her of our concern that we lacked jurisdiction over this case because the notice of appeal was not timely filed. *See* Tex. R. App. P. 26.1. We stated that unless Appellant or any party desiring to continue the appeal files with this court, on or before September 4, 2012, a response showing grounds for continuing the appeal, the appeal may be dismissed for want of jurisdiction. Having received no response, we dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3, 43.2(f). We also dismiss Appellant's "Emergency Motion to Stay Writ of Possession" for want of jurisdiction.

PER CURIAM

PANEL: GABRIEL, J.; LIVINGSTON, C.J.; and DAUPHINOT, J.

DELIVERED: October 11, 2012

2